IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| D.S., by and through his mother, CLARENORE S., | CIV. NO. 12-00533 DKW-RLP |
| Plaintiffs, | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, | |
| Defendant. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 07, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the " Order Denying Defendant's Motion To Stay Proceedings Until The Conclusion Of The Ninth Circuit Appeal [ECF No. 57] And Findings and Recommendation To (1) Grant In Part And Deny In Part Plaintiffs' Non-Hearing Motion For Attorney's Fees And Related Nontaxable Expenses [ECF No. 42]; (2) Grant Plaintiffs' Bill of Costs [ECF No. 46]; And (3) Grant In Part And Deny In Part Plaintiffs' Motion

For An Award Of Attorneys' Fees And Costs [ECF No. 48]" [ECF No. 69] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, February 25, 2014.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

DS, by and through his mother, CLARENORE S., v. Department of Education, State of Hawaii; CV 12-00533 DKW-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION