IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| D.S., by and through his mother, CLARENORE S., <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAII, <br><br>　　　　Defendant. | CIV NO 12-00533 DKW-RLP <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 08, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

// //

// //

// //

Recommendation To Grant Plaintiffs' Motion For Order To Show Cause" (ECF No. [81]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, May 5, 2014.



    /s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

DS., by and through his mother, CLARENORE S., v. Department of Education, State of Hawaii; Civil No. 12-00533 DKW-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION