IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| D.S. , by and through his mother, CLARENORE S., | ) ) ) | CV 12-00533 DKW-RLP |
| Plaintiff, | ) ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND |
| vs. | ) ) ) | RECOMMENDATION REGARDING AN AWARD OF |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, | ) ) ) | ATTORNEYS' FEES TO PLAINTIFFS |
| Defendant. | ) ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION REGARDING AN AWARD OF ATTORNEYS' FEES TO PLAINTIFFS

Findings and Recommendation having been filed and served on all parties on May 27, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

// //

// //

Recommendation Regarding An Award of Attorneys' Fees to Plaintiffs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: June 17, 2014, in Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

_____
*DS., by and through his mother, CLARENORE S. v. Department of Education*; CV 12-00533 DKW-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION REGARDING AN AWARD OF ATTORNEYS' FEES TO PLAINTIFFS